IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TIFFANY SHARPE, individually, and on behalf
of all other similarly situated individuals
who consent to become Plaintiffs,

      Plaintiffs,

v.                                                                                                  Case No. 09 CV 329

APAC CUSTOMER SERVICES, INC.,

      Defendants.

---

### MOTION OF PEGGY A. LAUTENSCHLAGER TO
### ADMIT BRADFORD B. LEAR PRO HAC VICE

---

    I, Peggy A. Lautenschlager, of Lawton & Cates, S.C. do hereby certify that I am a member in good standing of the bar of the United States District Court for the Western District of Wisconsin and that my office is located at 10 East Doty Street, Suite 400, Madison, Wisconsin 53703. I further certify that the applicant, Bradford B. Lear, of the law firm of Lear Werts LLP, whose office is located at 2003 W. Broadway, Suite 107, Columbia, Missouri 65203 was admitted to practice as a member of the bar in all of the Missouri Courts on the __26th__ day of __September__, 2001, Missouri State Bar No. __53204__, and is in good standing as a member of the bar of said Supreme Court. I certify that the applicant is of good moral character and otherwise well qualified to practice as a member of the bar of the United States District Court for the Western District of Wisconsin.

    The applicant has never been disbarred by any court.

I have brought to the attention of the applicant the standards for professional conduct in the Western District of Wisconsin. These standards appear at 143 F.R.D. 448-52, and are available from the Clerk of the Court.

I hereby move that the applicant be admitted, *pro hac vice*, to practice as a member of the bar of the United States District Court for the Western District of Wisconsin.

DATED this 28th day of May, 2009.

Respectfully submitted,

**LAWTON & CATES, S.C.**

By: s/ Peggy A. Lautenschlager
Peggy A. Lautenschlager
WI SBN: 1002188
10 East Doty Street, Suite 400
P.O. Box 2965
Madison, Wisconsin 53701-2965
Telephone:   608/ 282-6200
Facsimile:   608/ 282-6252
Email:   plautenschlager@lawtoncates.com

    I hereby certify that I have read this certificate and Motion and that the matters therein stated concerning me are true. I also certify that I have read the standards of professional conduct of the Western District of Wisconsin and that I agree to abide by them.

By: /s/ _____
Bradford B. Lear
Lear Werts LLP
2003 W. Broadway, Suite 107
Columbia, MO 65203
Telephone:   573/ 875-1991

    I do solemnly swear that I will support the Constitution of the United States; that I will faithfully discharge my duties as an Attorney and Counselor; and that I will demean myself uprightly and according to law and the recognized standards of ethics of the profession; so help me God.

By: /s/ _____
Bradford B. Lear
Lear Werts LLP
2003 W. Broadway, Suite 107
Columbia, MO 65203
Telephone:   573/ 875-1991

STATE OF MISSOURI       )
                         ) ss.
COUNTY OF BOONE         )

Subscribed and sworn to before me by Bradford B. Lear on the 1st day of June, 2009.

WITNESS MY HAND AND OFFICIAL SEAL.

My Commission expires: Aug 5, 2012

_____
Notary Public

Send certificate to this address:

Bradford B. Lear
Lear Werts LLP
2003 W. Broadway, Suite 107
Columbia, MO 65203

LACEY A. WEDDLE
Notary Public-Notary Seal
State of Missouri, Boone County
Commission # 08380514
My Commission Expires Aug 5, 2012

3