IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TIFFANY SHARPE, individually, and on behalf
of all other similarly situated individuals
who consent to become Plaintiffs,

      Plaintiffs,

v.                                                                       Case No. 09 CV 329

APAC CUSTOMER SERVICES, INC.,

      Defendants.

---

## MOTION OF PEGGY A. LAUTENSCHLAGER TO
## ADMIT GEORGE A. HANSON PRO HAC VICE

---

      I, Peggy A. Lautenschlager, of Lawton & Cates, S.C. do hereby certify that I am a member in good standing of the bar of the United States District Court for the Western District of Wisconsin and that my office is located at 10 East Doty Street, Suite 400, Madison, Wisconsin 53703. I further certify that the applicant, George A. Hanson, of the law firm of Stueve Siegel Hanson LLP, whose office is located at 460 Nichols Road, Suite 200, Kansas City, Missouri 64112 was admitted to practice as a member of the bar in all of the Missouri Courts on the 1st day of October, 1993, Missouri State Bar No. 43450, and is in good standing as a member of the bar of said Supreme Court. I certify that the applicant is of good moral character and otherwise well qualified to practice as a member of the bar of the United States District Court for the Western District of Wisconsin.

      The applicant has never been disbarred by any court.

I have brought to the attention of the applicant the standards for professional conduct in the Western District of Wisconsin. These standards appear at 143 F.R.D. 448-52, and are available from the Clerk of the Court.

I hereby move that the applicant be admitted, *pro hac vice*, to practice as a member of the bar of the United States District Court for the Western District of Wisconsin.

DATED this 28th day of May, 2009.

> Respectfully submitted,
>
> **LAWTON & CATES, S.C.**
>
> By: s/ Peggy A. Lautenschlager
> Peggy A. Lautenschlager
> WI SBN: 1002188
> 10 East Doty Street, Suite 400
> P.O. Box 2965
> Madison, Wisconsin 53701-2965
> Telephone:   608/ 282-6200
> Facsimile:   608/ 282-6252
> Email: plautenschlager@lawtoncates.com

I hereby certify that I have read this certificate and Motion and that the matters therein stated concerning me are true. I also certify that I have read the standards of professional conduct of the Western District of Wisconsin and that I agree to abide by them.

By: _____
George A. Hanson
Stueve Siegel Hanson LLP
460 Nichols Road, Ste. 200
Kansas City, MO 64112
Telephone:   816/ 714-7100

I do solemnly swear that I will support the Constitution of the United States; that I will faithfully discharge my duties as an Attorney and Counselor; and that I will demean myself uprightly and according to law and the recognized standards of ethics of the profession; so help me God.

By: _____
George A. Hanson
Stueve Siegel Hanson LLP
460 Nichols Road, Ste. 200
Kansas City, MO 64112
Telephone:   816/ 714-7100

STATE OF MISSOURI              )
                               ) ss.
CITY AND COUNTY OF Jackson     )

Subscribed and sworn to before me by George A. Hanson on the 28th day of May, 2009.

WITNESS MY HAND AND OFFICIAL SEAL.

My Commission expires: 6-11-2010

_____
Notary Public

Send certificate to this address:

George A. Hanson
Stueve Siegel Hanson LLP
460 Nichols Road, Ste. 200
Kansas City, MO 64112

SHERRY BARRY
Notary Public-Notary Seal
State of Missouri, Jackson County
Commission # 06517500
My Commission Expires Jun 11, 2010

3