

**PARADIGM**
REPORTING & CAPTIONING INC.
1400 Rand Tower
527 Marquette Avenue South
Minneapolis, MN 55402
Tel: 612.339.0545  Fax: 612.337.5575

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 59703 | 10/8/2009 | 46174 |
| Job Date | Case No. | |
| 10/2/2009 | 09-CV-329 | |
| Case Name | | |
| Tiffany Sharpe v. APAC Customer Services, Inc. | | |
| Payment Terms | | |
| Net 30 | | |

Jeffrey A. Timmerman
Littler Mendelson, P.C.
80 South Eighth Street
Suite 1300
Minneapolis, MN 55402-2136

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Jennifer Kasch (non-appearance)                                                                              69.40
        Hourly                                           0.25 Hour(s)
        Word Index
        Real Legal E-Transcript (.ptx)
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Pamela Olson                                                                                     1,356.42
        Hourly                                           4.50 Hour(s)
        Word Index
        Real Legal E-Transcript (.ptx)
        Exhibit - Scanned                             193.00 Page(s)
        Read & Sign
        Shipping & Handling

**TOTAL DUE >>>  $1,425.82**

A finance charge of 1.5% per month or the maximum allowed by law may be charged on all balances more than 30 days past due.

Paradigm Reporting & Captioning: Your connection to innovative professionals delivering superior court reporting and captioning services.
Visit our website at www.paradigmreporting.com

---

**Tax ID:** 41-1887042                                   Phone: 612-630-1000   Fax:612-630-9626

*Please detach bottom portion and return with payment.*

Jeffrey A. Timmerman
Littler Mendelson, P.C.
80 South Eighth Street
Suite 1300
Minneapolis, MN 55402-2136

| | | |
|---|---|---|
| Invoice No. | : | 59703 |
| Invoice Date | : | 10/8/2009 |
| **Total Due** | : | **$1,425.82** |

Remit To:   **Paradigm Reporting & Captioning Inc.**
                **1400 Rand Tower**
                **527 Marquette Avenue South**
                **Minneapolis, MN 55402**

| | | |
|---|---|---|
| Job No. | : | 46174 |
| BU ID | : | 2-PARA |
| Case No. | : | 09-CV-329 |
| Case Name | : | Tiffany Sharpe v. APAC Customer Services, Inc. |

EXHIBIT
14
tabbies®