

# INVOICE

**PARADIGM**
REPORTING & CAPTIONING INC.
1400 Rand Tower
527 Marquette Avenue South
Minneapolis, MN 55402
Tel: 612.339.0545  Fax: 612.337.5575

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 59814 | 10/12/2009 | 46173 |
| Job Date | Case No. ||
| 9/30/2009 | 09-CV-329 ||
| Case Name |||
| Tiffany Sharpe v. APAC Customer Services, Inc. |||
| Payment Terms |||
| Net 30 |||

Jeffrey A. Timmerman
Littler Mendelson, P.C.
80 South Eighth Street
Suite 1300
Minneapolis, MN 55402-2136

1 CERTIFIED COPY OF TRANSCRIPT OF:

   Robert Lutz     930.16

      Hourly     3.50 Hour(s)

      Exhibit - Scanned     99.00 Page(s)

      Read & Sign

      Shipping & Handling

      Room Rental

      **TOTAL DUE >>>**     **$930.16**

3 DAY EXPEDITE
**********

A finance charge of 1.5% per month or the maximum allowed by law may be charged on all balances more than 30 days past due.

Paradigm Reporting & Captioning: Your connection to innovative professionals delivering superior court reporting and captioning services.
Visit our website at www.paradigmreporting.com

**Tax ID:** 41-1887042     Phone: 612-630-1000    Fax:612-630-9626

*Please detach bottom portion and return with payment.*

Jeffrey A. Timmerman
Littler Mendelson, P.C.
80 South Eighth Street
Suite 1300
Minneapolis, MN 55402-2136

Invoice No.     :     59814
Invoice Date     :     10/12/2009
**Total Due**     :     **$930.16**

Job No.     :     46173
BU ID     :     2-PARA
Case No.     :     09-CV-329
Case Name     :     Tiffany Sharpe v. APAC Customer Services, Inc.

Remit To:     **Paradigm Reporting & Captioning Inc.**
              **1400 Rand Tower**
              **527 Marquette Avenue South**
              **Minneapolis, MN 55402**

EXHIBIT
15