UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| TIFFANY SHARPE, individually, and on behalf of all other similarly situated individuals who consent to become Plaintiffs<br><br>Plaintiffs,<br><br>vs.<br><br>APAC CUSTOMER SERVICES, INC.,<br><br>Defendant | Court File No. 09-CV-329<br><br>**ORDER APPROVING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

---

Pending before the Court is the parties' Joint Stipulation of Dismissal with Prejudice (Doc. No. 101), made pursuant to Federal Rule of Civil Procedure 41(a)(1) and in accordance with the parties' prior Stipulation for Resolution and Release of Claims ("the Stipulation") (Doc. No. 85-1), which was approved by the Court on June 16, 2010 (Doc. No. 89). Having been informed that all obligations under the Stipulation have been satisfied, IT IS ORDERED that:

1. The parties' Joint Stipulation of Dismissal with Prejudice is APPROVED;

2. This action is hereby dismissed with prejudice;

3. Except as otherwise provided in the Stipulation and the Court's Order on Plaintiff Sharpe's counsel's request for attorneys' fees and costs (Doc. No. 98), all parties will be responsible for their own costs, expenses, and attorneys' fees; and

4. The Claims Administrator shall distribute all payments due under the terms and conditions set forth in the Stipulation within five (5) days of entry of this Order.

Entered this 21st day of December, 2010.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge